**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**  11−36968−DOT
**Chapter**  7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marquis Santonio Barnes Sr.
15240 Old Forty Rd.
Waverly, VA 23890

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−9868

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on November 21, 2011 dismissing the above−captioned case.

Dated:  November 21, 2011                                       For the Court,

[VAN015vDec2009.jsp]                                            William C. Redden, Clerk
                                                                United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 11-36968-DOT
Marquis Santonio Barnes                                               Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: bullockn          Page 1 of 2          Date Rcvd: Nov 21, 2011
                              Form ID: VAN015         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2011.
db          +Marquis Santonio Barnes, Sr.,   15240 Old Forty Rd.,   Waverly, VA 23890-4228
10785678     CITIMORTGAGE,INC,   P.O. BOX 660065,   DALLAS, TX 75266-0065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QBEROBINSON.COM Nov 22 2011 03:43:00     Bruce E. Robinson,   P.O. Box 538,
              417 E. Atlantic Street,   South Hill, VA 23970-2701
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2011**            **Signature:**    _Joseph Speetjens_

```
District/off: 0422-7          User: bullockn              Page 2 of 2              Date Rcvd: Nov 21, 2011
                              Form ID: VAN015             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2011 at the address(es) listed below:
          Bruce E. Robinson    bruce.robinsontr@gmail.com,
           therese.rogerstra@gmail.com;brobinson@ecf.epiqsystems.com
                                                                                 TOTAL: 1